FILED
2018 OCT 16  AM 10: 44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| Plaintiff, | ) |
| v. | ) JUDGE |
| ANTHONY JONES, | ) 1:18 CR 606 |
| | ) CASE NO. _____ |
| Defendant. | ) Title 18, Section 2113(a), |
| | ) United States Code |

JUDGE OLIVER

COUNT 1
(Bank Robbery, in violation of 18 U.S.C. § 2113(a))

The Grand Jury charges:

1. On or about August 27, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JONES did by force, violence, and intimidation, take from the person and presence of a teller at U.S. Bank, 1350 Euclid Avenue, Cleveland, Ohio, and others, approximately $3,050 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT 2
(Bank Robbery, in violation of 18 U.S.C. § 2113(a))

The Grand Jury further charges:

2. On or about August 30, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JONES did by force, violence, and intimidation, take from the person and presence of a teller at Huntington Bank, 905 Euclid Avenue, Cleveland, Ohio, and others, approximately $2,300 in U.S. currency belonging to and in the care, custody, control,

management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
(Bank Robbery, in violation of 18 U.S.C. § 2113(a))

The Grand Jury further charges:

3. On or about September 4, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JONES did by force, violence, and intimidation, take from the person and presence of a teller at Fifth Third Bank, 600 Superior Avenue, Cleveland, Ohio, and others, approximately $3,430 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
(Bank Robbery, in violation of 18 U.S.C. § 2113(a))

The Grand Jury further charges:

4. On or about September 6, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JONES did by force, violence, and intimidation, take from the person and presence of a teller at Citizen's Bank, 2175 Warrensville Center Road, University Heights, Ohio, and others, approximately $1,440 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT 5
(Bank Robbery, in violation of 18 U.S.C. § 2113(a))

The Grand Jury further charges:

5. On or about September 8, 2018, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JONES did by force, violence, and intimidation, take from the person and presence of a teller at Woodforest National Bank, 3400 Steelyard Drive, Cleveland, Ohio, and others, approximately $620 in U.S. currency belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.